**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.: 8:22-cv-02788-WFJ-SPF**

DAVID KUNST,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

    Defendant.

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Plaintiff, **DAVID KUNST,** ("Plaintiff") and Defendant, **LOCKHEED MARTIN CORPORATION,** ("Defendant") (collectively, "Parties") by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice in the above captioned action. Accordingly, each party shall bear its own attorneys' fees and costs.

Dated this 21st day of November 2023.

*(This space left intentionally blank)*

2

| | |
|---|---|
| */s/ Noah E. Storch*<br>Noah E. Storch, Esq.<br>Florida Bar No. 0085476<br>RICHARD CELLER LEGAL, P.A.<br>10368 W. State Road 84, Suite 103<br>Davis, FL  33324<br>Tel. (866) 344-9243<br>Fax (954) 337-2771<br>noah@floridaovertimelawyer.com<br><br>*Counsel for Plaintiff* | */s/ Chase H. Hale*<br>Chase H. Hale, Esq.<br>Florida Bar No: 1026400<br>Chase.hale@jacksonlewis.com<br>JACKSON LEWIS P.C.<br>100 S. Ashley Drive, Suite 2200<br>Tampa, FL 33602<br><br>*Counsel for Defendant* |

2